An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS FINN,
Appellant,
vs.
STEPHEN P. STUBBS, AN
INDIVIDUAL,
Respondent.

No. 62848

**FILED**

OCT 04 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On July 22, 2013, we entered an order allowing appellant's counsel to withdraw and giving appellant 30 days either to retain new counsel and cause counsel to file a notice of appearance in this court, or to inform this court in writing that he will be proceeding with this appeal in proper person. In that order, we cautioned appellant that failure to comply could result in the dismissal of this appeal as abandoned.

To date, neither appellant nor new counsel has responded to our July 22 order. As a result, we conclude that appellant has abandoned this appeal, and therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-29728

cc:    Hon. Jessie Elizabeth Walsh, District Judge
Thomas Finn
Morris Anderson Law
Eighth District Court Clerk